UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA ORTIZ RODRIGUEZ, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-01397 |
| | § | |
| PAMELA BONDI, ET AL., | § | |
| *Respondents*. | § | |

## **ORDER**

This immigration matter is before the Court on Petitioner's Unopposed Motion to Expedite Ruling.[1]  ECF 10.  The case is fully briefed and ripe for adjudication.  Petitioner has an Individual Hearing scheduled before the Immigration Court on April 28, 2026.  ECF 10-2.  It is therefore

ORDERED that Petitioner's Motion is GRANTED in part.  The Court will issue a Memorandum and Recommendation as promptly as possible.  Because the Court must issue a Memorandum and Recommendation, which provides for a 14-day objection period, the Court's ruling will not be final before the hearing scheduled for April 28, 2026.  It is further

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 4.

ORDERED that Petitioner must promptly notify the Court of any continuance

of the hearing or the results of the hearing if it goes forward.


Signed on April 17, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge